216 So.2d 309

Benjamin HANFORD

v.

JAN C. UITERWYK COMPANY, Inc., et al.

No. 49556.

Dec. 20, 1968.

In re: Cooper Stevedoring of Louisiana, Inc., and Travelers Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 214 So.2d 236.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

FOURNET, C. J., and SUMMERS and BARHAM, JJ., are of the opinion the writ should be granted.